227 So.2d 595

**M. L. HARVEY et al.**

**v.**

**Robert E. HAVARD et al.**

**No. 50131.**

Nov. 12, 1969.

In re: Dan DeLee applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of West Feliciana. 225 So.2d 615.

Writ refused. The judgment is not final.

227 So.2d 595

**Marilyn L. ROLLINS, individually and as guardian ad litem of her minor children, Lisa C. Rollins and Tish Lorea Rollins**

**v.**

**NEW YORK FIRE AND MARINE UNDERWRITERS, INC., et al.**

**No. 50133.**

Nov. 12, 1969.

In re: Marilyn L. Rollins, individually, etc., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 225 So.2d 663.

Writ refused. On the facts found by the Court of Appeal the result is correct.